# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| In re:<br><br>BESTWALL LLC,[1]<br><br>　　　　　　　　　Debtor. | Chapter 11<br><br>Case No. 17-31795 (LTB) |

## NOTICE OF APPEAL OF ORDER DENYING WILSON BUCKINGHAM AND ANGELIKA WEISS' MOTION FOR RELIEF FROM THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362(d)

PLEASE TAKE NOTICE that Wilson Buckingham and Angelika Weiss (the "Appellants"), by and through the undersigned counsel, pursuant to 28 U.S.C. §158(a), Federal Rule of Bankruptcy Procedure 8001, *et seq.*, and Rule 8001-1 of the Rules of Practice and Procedure of the United States Bankruptcy Court for the Western District of North Carolina, hereby appeal to the United States District Court for the Western District of North Carolina the Court's *Order Denying Wilson Buckingham and Angelika Weiss' Motion for Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d)* [ECF No. 3290] entered on February 26, 2024 (the "Order Denying Relief from Stay"). A copy of the Order Denying Relief from Stay is attached hereto as **Exhibit A**.

PLEASE TAKE FURTHER NOTICE that the names of all parties to the Order Denying Relief from Stay appealed from, and the names, addresses, and telephone numbers of their respective attorneys, are as follows:

**Appellants:**

Wilson Buckingham and Angelika Weiss

---

[1] The last four digits of the Debtor's taxpayer identification number are 5815. The Debtor's address is 133 Peachtree Street, N.E., Atlanta, Georgia, 30303.

**Counsel for Appellants:**

Thomas W. Waldrep, Jr.
James C. Lanik
Ciara L. Rogers
Waldrep Wall Babcock & Bailey PLLC
370 Knollwood Street, Suite 600
Winston-Salem, NC 27103
Telephone: 336-717-1280
Facsimile: 336-717-1340
Email: notice@waldrepwall.com


Jonathan Ruckdeschel
The Ruckdeschel Law Firm, LLC
8357 Main Street
Ellicott City, Maryland 21043
Telephone: 410-750-7825
Email: rucklawfirm@rucklawfirm.com


**Appellee:**

Bestwall, LLC

**Counsel for Appellee:**

| | |
|---|---|
| Richard C. Worf | Andrew W.J. Tarr |
| Robinson Bradshaw Hinson P.A. | Robinson, Bradshaw & Hinson, PA |
| 101 N. Tryon St. Suite 1900 | 101 N. Tryon St. Suite 1900 |
| Charlotte, NC 28246 | Charlotte, NC 28246 |
| Telephone: 704-377-8135 | Telephone: 704-377-8107 |
| Facsimile: 704-339-3435 | Facsimile: 704-339-3407 |
| Email: rworf@rbh.com | Email: atarr@rbh.com |
| | |
| Garland S. Cassada | Jonathan C. Krisko |
| Robinson Bradshaw & Hinson | Robinson, Bradshaw & Hinson, P.A. |
| 101 N. Tryon St. Suite 1900 | 101 N. Tryon St. Suite 1900 |
| Charlotte, NC 28246 | Charlotte, NC 28246 |
| Telephone: 704-377-2536 | Telephone: 704-377-8314 |
| Facsimile: 704-373-3917 | Facsimile: 704-373-3914 |
| Email: gcassada@rbh.com | Email: jkrisko@rbh.com |

Stuart L. Pratt
Robinson Bradshaw Hinson P.A.
101 N. Tryon St., Suite 1900
Charlotte, NC 28246
Telephone: 704-377-2536
Facsimile: 704-378-4000
Email: spratt@robinsonbradshaw.com

David M. Schilli
Robinson, Bradshaw & Hinson, P.A.
101 N. Tryon St., Suite 1900
Charlotte, NC 28246
Telephone: 704-377-8346
Facsimile: 704-378-4000
Email: dschilli@rbh.com

Demi Lorant Bostian
Robinson, Bradshaw and Hinson, P.A.
1450 Raleigh Road
Chapel Hill, NC 27517
Telephone: 919-328-8800
Facsimile: 919-328-8790
Email: DBostian@robinsonbradshaw.com

Kevin R. Crandall
Robinson, Bradshaw & Hinson, P.A.
101 N. Tryon St., Suite 1900
Charlotte, NC 28246
Telephone: 704-377-2536
Facsimile: 704-339-3429
Email: kcrandall@robinsonbradshaw.com

Jeffrey Brian Ellman
Jones Day
1221 Peachtree Street, N.E., Suite 400
Atlanta, GA 30361
Telephone: 404-581-3939
Facsimile: 404-581-8330
Email: jbellman@jonesday.com

Gregory M. Gordon
Jones Day
2727 North Harwood Street, Suite 500
Dallas, TX 75201
Telephone: 214-220-3939
Facsimile: 214-969-5100
Email: gmgordon@jonesday.com

Amanda Rush
Jones Day
2727 North Harwood, Suite 500
Dallas, TX 75201
Telephone: 214.220.3939
Facsimile: 214.969.5100
Email: asrush@jonesday.com

Livia M. Kiser
King & Spalding LLP
110 N. Wacker Drive
Suite 3800
Chicago, IL 60606
Telephone: 312-764-6911
Email: lkiser@kslaw.com

Rachael M. Trummel
King & Spalding LLP
110 N. Wacker Drive
Suite 3800
Chicago, IL 60606
Telephone: 312-764-6922
Email: rtrummel@kslaw.com

Richard A. Schneider
King & Spalding LLP
1180 Peachtree Street NE
Atlanta, GA 30309
Telephone: 404-572-4889
Facsimile: 404-572-5100
Email: dschneider@kslaw.com

Erin A. Therrian
Schachter Harris, LLP
909 Lake Carolyn Parkway
Suite 1775
Irving, TX 75039
Telephone: 214-999-5700
Facsimile: 214-999-5747
Email: etherrian@shtriallaw.com

Kevin Gross
Richards Layton & Finger
One Rodney Square
920 North King Street
Wilmington, DE 19801
Telephone: 302.651.7815
Email: gross@rlf.com

Barbara Harding
51 Louisiana Avenue, N.W.
Washington, DC 20001
Telephone: (202) 879-3939
Facsimile: (202) 626-1700
Email: bharding@jonesday.com


Raymond Paul Harris, Jr.
Schachter Harris LLP
909 Lake Carolyn Parkway
Suite 1775
Irving, TX 75039
Telephone: 214-999-5700
Facsimile: 214-999-5747
Email: rharris@shtriallaw.com

Respectfully submitted this the 8th day of March, 2024.

**WALDREP WALL BABCOCK
& BAILEY PLLC**

*/s/ Thomas W. Waldrep, Jr.*
Thomas W. Waldrep Jr. (NC State Bar No. 11135)
James C. Lanik (NC State Bar No. 30454)
Ciara L. Rogers (NC State Bar No. 42571)
370 Knollwood Street, Suite 600
Winston-Salem, NC 27103
Telephone: 336-717-1280
Facsimile: 336-717-1340
Email: notice@waldrepwall.com

*Local Counsel for Appellants*

- and -

THE RUCKDESCHEL LAW FIRM, LLC
Jonathan Ruckdeschel
(Maryland, CPF: 9712180133)
8357 Main Street
Ellicott City, Maryland 21043
Telephone: 410-750-7825
Facsimile: 443-583-0430
Email: ruck@rucklawfirm.com
*Admitted Pro Hac Vice*

*Counsel for the Appellants*

# EXHIBIT A

Order Denying Relief from Stay