UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:24-cv-00297-RJC

| WILSON BUCKINGHAM and ANGELIKA WEISS | ) |
|---|---|
| Appellants, | ) |
| v. | ) |
| BESTWALL, LLC, | ) |
| Appellee. | ) |
| In re | ) |
| BESTWALL LLC, | ) |
| Debtor. | ) |

**ORDER**

**THIS MATTER** is before the Court on the Motions for Admission *Pro Hac Vice* concerning Jeffrey B. Ellman, Gregory M. Gordon, and C. Kevin Marshall filed on July 8, 2024. (Doc. Nos. 9, 10, 11).

The Court reviewed and considered the Motions, which were accompanied by submission of the necessary fee. The Motions are granted. In accordance with Local Rule 83.1(b), Mr. Ellman, Mr. Gordon, and Mr. Marshall are admitted to appear before this Court *pro hac vice* on behalf of Bestwall LLC.

**IT IS SO ORDERED.**

Signed: July 10, 2024

Robert J. Conrad, Jr.
United States District Judge

1